Reuben D. Nathan, Esq. (SBN 208436)
Email: *rnathan@nathanlawpractice.com*
NATHAN & ASSOCIATES, APC
600 W. Broadway, Suite 700
San Diego, California 92101
Tel:(619) 272-7014
Facsimile:(619) 330-1819

Attorneys for Plaintiff, MONICA MARTINEZ
and the Proposed Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA MARTINEZ, an individual on behalf of herself and all others similarly situated,<br><br>PLAINTIFF<br><br>v.<br><br>PURACY LLC; and DOES 1 through 25, inclusive.<br><br>DEFENDANT. | Case No. 2:18-cv-03369-AB-RAO<br>*Honorable André Birotte Jr.*<br><br>**NOTICE OF SETTLEMENT** |

1

**NOTICE OF SETTLEMENT**

1        TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS

2    OF RECORD:

3

4        PLEASE TAKE NOTICE that Plaintiff and Defendant have reached a settlement

5    in the above-referenced case.  The parties will finalize the terms of the settlement within

6    forty-five (45) days from the date of this notice. The parties will file a Stipulation for

7    Dismissal with prejudice of the entire action within 45 days from the date of this notice.

8

9    Dated: July 2, 2018                    **NATHAN & ASSOCIATES, APC**

10

11                   By:    */s/ Reuben D. Nathan*

12                             Reuben D. Nathan, Attorney for
                               Plaintiff, MONICA MARTINEZ

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                   2
      **NOTICE OF SETTLEMENT**

28