JS-6

1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA

10 |                                    | Case No.  CV 18-03369-AB (RAOx)
11 | Monica Martinez                    |
12 |            Plaintiff,              | ORDER DISMISSING CIVIL ACTION
13 | v.                                 |
14 | Puracy LLC et al                   |
15 |            Defendants.             |
16

17
18      THE COURT having been advised by counsel that the above-entitled action has
19 been settled;
20      IT IS THEREFORE ORDERED that this action is hereby dismissed without
21 costs and without prejudice to the right, upon good cause shown within **45 days,** to re-
22 open the action if settlement is not consummated.  This Court retains full jurisdiction
23 over this action and this Order shall not prejudice any party to this action.
24
25 Dated:  July 3, 2018      _____
26                          ANDRÉ BIROTTE JR.
27                          UNITED STATES DISTRICT JUDGE
28