# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA MARTINEZ,<br><br>　　　　Plaintiff,<br>　vs.<br>PURACY, LLC,<br><br>　　　　Defendant. | Case No. 2:18-cv-03369-AB-RAO<br><br>[~~PROPOSED~~] ORDER ON STIPULATION OF DISMISSAL [FRCP 41(A)] |

Pursuant to the stipulation of the parties under Federal Rule of Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. This dismissal is on an individual basis only as no class has been certified. The Clerk is directed to close the file.

DATED: July 31, 2018

　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE